**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

IN RE:                                                                CHAPTER 13 PROCEEDING:
PEDRO LARA & GLORIA CORDERO                                          05-11221-B-13
DEBTORS

**TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

   COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

   1.   Debtors filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Monday, Sep 19, 2005.

   2.   This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

   3.   Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

   4.   Creditor listed below cannot identify account.

      CITIFINANCIAL
      PO BOX 6931
      THE LAKES, NV  88901-6931

   5.   As a result, funds owed to the creditor in the amount of $700.00 by the above referenced Debtors should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted:  Tue, February 15, 2011

*Cindy Boudloche*

Cindy Boudloche
Chapter 13 Trustee
555 N. Carancahua  Ste 600
Corpus Christi, TX  78401-0823
(361) 883-5786

#109

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

IN RE:                                                                      CHAPTER 13 PROCEEDING:
PEDRO LARA & GLORIA CORDERO                          05-11221-B-13
DEBTORS

### CERTIFICATE OF SERVICE

    I, Cindy Boudloche , do hereby certify that on Feb 15, 2011, a copy of the foregoing Trustee's Motion to Pay Funds into the Court Registry was served electronically or by United States Mail to the parties listed below:

*Cindy Boudloche*

Cindy Boudloche ,Chapter 13 Trustee


PEDRO LARA AND GLORIA CORDERO                ABELARDO LIMON JR
17728 CARVER RD                                             890 WEST PRICE ROAD
HARLINGEN, , TX  78552                                    BROWNSVILLE, TX  78520

CITIFINANCIAL
PO BOX 6931
THE LAKES, NV  88901-6931